# JOHN H. RING, III
## ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

October 25, 2010

Paul R. Warren, Clerk of Court
U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

     Re:    Donald Torrey, Jr/Maureen Torrey
             Bk. No. 05-14887K
             Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

     Enclosed please find my Trustee's check in the amount of $5.51. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds.".

     The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Claimant - Capital Recovery One | Amount $4.05 | Claims Register #16 |
| Claimant - Recovery Management Systems Corporation for GE Money Bank dba Mobil | Amount $1.46 | Claims Register #17 |

     If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

             Very truly yours,

             **JOHN H. RING, III**

JHR/pls
Enc.



FILED
OCT 26 2010
BANKRUPTCY COURT
BUFFALO, NY